DANIEL J. BRODERICK, Bar No. 89424
Federal Defender
CHARLES J. LEE, Bar No. 221057
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 6:07-MJ-0075-WMW |
|---|---|
| Plaintiff, | ) STIPULATION TO MODIFY TERMS OF |
| v. | ) PROBATION; AND ORDER THEREON |
| PAUL A. HURTADO, | ) Judge: Hon. William M. Wunderlich |
| Defendant. | ) |

On July 10, 2007, defendant, Paul A. Hurtado, appeared before this court for judgment and sentence. Conditions included that defendant serve 12 months informal probation, credit for time served 3 days, and to pay a fine of $690.00 plus a $10.00 penalty assessment.

IT IS HEREBY STIPULATED by and between the parties through their respective counsel, JOHN HEARNE, National Park Service, counsel for Plaintiff, and CHARLES J. LEE, Assistant Federal Defender, counsel for Defendant, that informal probation be extended a period of 9 months and that Mr. Hurtado be ordered to pay $100.00 by September 15, 2008, and $100.00 by the fifteenth of every month thereafter until his fine is paid in paid in full.

Mr. Hurtado informs me he has obeyed all laws during his time on probation. However, he has not been working until recently and has been unable to pay his fine. He is now currently working and wishes to make his payments. The parties agree this probation modification would be best suited for this

1  defendant's rehabilitation.

2

3       DATED:      August 8, 2008

4                                                  /s/ John Hearne
                                                   JOHN HEARNE
5                                                  National Park Service

6

7       DATED:      August 8, 2008                 DANIEL J. BRODERICK
                                                   Federal Defender
8
                                                   /s/ Charles J. Lee
9                                                  CHARLES J. LEE
                                                   Assistant Federal Defender
10                                                 Attorney for Defendant

11

12

13

14      IT IS SO ORDERED.

15  Dated:  **August 19, 2008**         **/s/  William M. Wunderlich**
                                        UNITED STATES MAGISTRATE JUDGE
16

17

18

19

20

21

22

23

24

25

26

27

28

Stipulation to
Modify Probation                         2